**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL CASE NO. 5:25-cv-00019-MR**

| | | |
|---|---|---|
| **JULIE ANN WOODEL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **O R D E R** |
| **vs.** | ) | |
| | ) | |
| **FNU LNU,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court pursuant to a Petition for Writ of Habeas Corpus filed by Julie Ann Woodel (herein "Petitioner") on January 31, 2025, under 28 U.S.C. § 2241. According to the Petitioner, she is being held at the North Carolina Correctional Institution for Women as a pretrial detainee facing charges in Alleghany County, North Carolina. [Doc. 1]. Petitioner states she was arrested on September 4, 2023, and it appears that she has not been brought to trial. [Id. at 2].

The Court will dismiss the instant petition because Petitioner presently has pending in this Court a like habeas petition. On January 6, 2025, Petitioner filed a § 2254 Petition for Writ of Habeas Corpus, case number 5:25CV00003-MR, which this Court has construed as a § 2241 petition. The

Petitioner's filing in case number 5:25CV00003-MR makes the instant filing

unnecessarily duplicative.  Accordingly, it should be dismissed.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Petition for Writ

of Habeas Corpus filed herein is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: February 6, 2025

Martin Reidinger
Chief United States District Judge